UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL WILLIAMS, et al.,

       Plaintiffs,                        Case No. 2:15-cv-00057-RAED

v.                                     Judge R. Allan Edgar

STEVEN NEIHEISEL, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above-captioned case was filed in this court on April 16, 2015.  The case has been assigned to Judge R. Allan Edgar.

                                                TRACEY CORDES
                                                CLERK OF COURT

Dated:  April 16, 2015        By:    /s/ S. Kivela_____
                                             Deputy Clerk