UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL WILLIAMS, et al.,

       Plaintiffs,                       Case No. 2:15-cv-00057-RAED

v.                                    Hon. R. Allan Edgar

STEVEN NEIHEISEL, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:            April 29, 2015   04:00 PM
Magistrate Judge:    Timothy P. Greeley
Place/Location:      Grand Rapids, MI

*This conference shall be conducted by telephone. It is the responsibility of plaintiff's counsel to coordinate the conference call between the parties and the court. The court's telephone number for purposes of this conference is 616-456-2309.*

                                                TIMOTHY P. GREELEY
                                                U.S. Magistrate Judge

Dated:  April 21, 2015        By:   /s/ Pamela Chant
                                             Judicial Assistant