UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL WILLIAMS, et al.,

    Plaintiffs,                          Case No. 2:15-cv-00057-RAED

v.                                       Hon. R. Allan Edgar

STEVEN NEIHEISEL, et al.,

    Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

    The Telephone status conference set in this matter for **April 29, 2015, at 4:00 p.m.** is hereby **adjourned without date.**

                                         TIMOTHY P. GREELEY
                                         U.S. Magistrate Judge

Dated:  April 29, 2015        By:    /s/ Pamela Chant_____
                                                    Judicial Assistant