IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHERYL REED and<br>MICHAEL WILLIAMS,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN NEIHEISEL, in his official and individual capacity, AUBREY KALL, in her official and individual capacity, PEARL GAIDELIS, in her official and individual capacity, ERIC LAKSONEN, in his official and individual capacity, and TROY MORRIS, in his individual and official capacity,<br><br>    Defendants. | Case No.  2:15-cv-57 |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Counsel for Plaintiffs, Paul R. McAdoo, hereby gives notice of his unavailability from June 4 through June 15, 2015.  Mr. McAdoo will be out of the country during that period and respectfully requests that the Court consider his unavailability in the scheduling of matters in this case.


Dated: April 30, 2015       Respectfully submitted,


                By: /s Paul R. McAdoo
                Paul R. McAdoo (P77463)
                McAdoo Law PLLC
                204 N. Wallace Blvd.
                Ypsilanti, MI 48197
                (734) 340-9496
                paul@mcadoolaw.com

                Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of April, 2015, a true and correct copy of the foregoing was furnished by ECF to Kurt P. McCamman and James D. Boufides, Miller Canfield, 277 S. Rose St., Suite 5000, Kalamazoo, MI 49007.

      /s Paul R. McAdoo
      Attorney

2