UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHERYL REED and MICHAEL WILIAMS

        Plaintiff,        Case No. 2:15-cv-57

v.        HON. R. ALLAN EDGAR

STEVEN NIEHEISEL et al

        Defendant.
_____/

## SCHEDULING ORDER

Pursuant to a telephonic conference with attorneys for all parties, the Court hereby establishes the following schedule:

1. Defendants will file their brief responding to the plaintiffs' motion for preliminary injunction on or before May 22, 2015.

2. Plaintiffs will have to and until June 3, 2015 to file a responsive brief.

3. The Court will hear oral argument on plaintiffs' request for a preliminary injunction on **June 29, 2015 at 10:00 a.m.** at the U.S. District Court, 202 W. Washington St., Marquette, MI to determine whether a full hearing on the preliminary injunction request will be scheduled.

IT IS ORDERED

Dated: 5/1/2015        /s/ R. Allan Edgar
        R. ALLAN EDGAR
        UNITED STATES DISTRICT JUDGE